# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:08-228-RLH-PAL |
| vs. | ) | **O R D E R** |
| | ) | (Motion for Sentencing Minutes–#101) |
| RAYMOND EARL RAFUS, | ) | |
| Defendant. | ) | |

Before the Court is Defendant Rafus' Motion Requesting Sentencing Minutes (#101, filed November 14, 2012). Contrary to his motion, the Federal Public Defenders Office has confirmed that it has, indeed, sent Rafus a copy of the sentencing minutes. Accordingly, for good cause appearing,

IT IS HEREBY ORDERED that Defendant Rafus' Motion Requesting Sentencing Minutes (#101) is DENIED.

Dated: November 15, 2012.

_____
Roger L. Hunt
**United States District Judge**